■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN LLEWELLYN, Appellant. [915 NYS2d 512]—Appeal by the de-

fendant, as limited by his motion, from a sentence and an amended sentence of the County Court, Suffolk County (R. Doyle, J.), both imposed April 23, 2009, on the ground that the sentence and the amended sentence were excessive.

Ordered that the sentence and the amended sentence are affirmed. No opinion. Mastro, J.P., Balkin, Dickerson and Sgroi, JJ., concur.